AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Misty Jane Flachbart <br> *Plaintiff* <br> v. <br> Commissioner of the Social Security Administration <br> *Defendant* | Civil Action No.  5:23-cv-3987-KDW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The decision of the Commissioner is reversed pursuant to Sentence Four of 42 U.S.C. § 405(g) and remanded to the agency for further administrative proceedings before a different Administrative Law Judge, who will conduct a new hearing and issue a new decision.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.
☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, who granted Defendant's Motion to Remand.

Date:    January 16, 2024

ROBIN L. BLUME
*CLERK OF COURT*

s/ Glenda J. Nance
*Signature of Clerk or Deputy Clerk*